HORACE CRANE, RESPONDENT, v. HARRY DILLMAN
ET AL., APPELLANTS.

Submitted October 28, 1938—Decided January 13, 1939.

For the respondent, *Joseph R. Megill*.

For the appellants, *Charles S. Smith*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.   13.

*For reversal*—None.